

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR RECONSIDERATION

Appellate case name:     In re The State of Texas Ex Rel. Brian W. Wice

Appellate case number:     01-20-00477-CR; 01-20-00478-CR; 01-20-00479-CR;

Trial court case number:     1555100, 1555101, 1555102

Trial court:                      177th District Court of Harris County

      Real Party in Interest, Warren Kenneth Paxton, Jr., has filed a Motion for Reconsideration of the Order of Abatement Entered on July 27, 2020. The motion for reconsideration is DENIED.

Judge's signature:  __/s/ Gordon Goodman_____
                                    Acting for the Court

Date:  __August 4, 2020_____

Panel consists of Justices Goodman, Hightower, and Countiss.